1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   FRANK J. RIEBLI (CABN 221152)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Matthew.McCarthy@usdoj.gov
        Frank.Riebli@usdoj.gov
9
   Attorneys for Plaintiff
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, ) | CASE NO. CR 13-574 WHA |
| 15 | Plaintiff, ) | STIPULATION AND ORDER EXCLUDING TIME |
| 16 | v. ) | |
| 17 | MARTIN BUCIO-AYALA, ) ARNOLDO MADRIGAL-ROSALES, ) | |
| 18 | a/k/a Nonin Rosales, a/k/a Noni, ) | |
| 19 | Defendants. ) | |
| 20 | UNITED STATES OF AMERICA, ) | CASE NO. CR 13-575 WHA |
| 21 | Plaintiff, ) | |
| 22 | v. ) | |
| 23 | MIGUEL MONTES-TORRES, ) a/k/a Jose, ) | |
| 24 | JORGE HERNANDEZ-PENA, ) a/k/a Javier Herrera-Tafolla, ) | |
| 25 | DEFENDANTS. ) | |

26

27
        On November 19, 2013, at 2:00 p.m., defendants Martin Bucio-Ayala, Arnoldo Madrigal Rosales
28

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

1  and Jorge Hernandez-Pena appeared before the District Court through counsel.  Miguel Montes-Torres
2  failed to appear in person, though his counsel was present.  The parties agreed to return before the Court
3  on December 17, 2013 at 2:00 p.m.  Prior to the hearing, the government provided additional discovery
4  to defense counsel.  The government anticipates providing additional discovery to defense counsel prior
5  to December 17, 2013.  The parties agree that defense counsel require time to review the discovery and
6  discuss it with their clients.  Therefore, the parties agreed that time should be excluded between
7  November 19, 2013 and December 17, 2013 in order to ensure the effective preparation of counsel.  18
8  U.S.C. § 3161(h)(7)(B)(iv).

9  DATED: October 2, 2013                                    Respectfully submitted,

10                                                                                   MELINDA HAAG
                                                                                     United States Attorney
11

12                                                                                   _____/s/_____
                                                                                     FRANK J. RIEBLI
13                                                                                   Assistant United States Attorney

14

15

16                                                                                   __/s/ Frank Riebli with permission___
                                                                                     SARA RIEF
17                                                                                   Attorney for Martin Bucio-Ayala

18

19                                                                                   __/s/ Frank Riebli with permission___
                                                                                     ALAN DRESSLER
20                                                                                   Attorney for Arnoldo Madrigal Rosales

21

22                                                                                   __/s/ Frank Riebli with permission___
                                                                                     ADAM GASNER
23                                                                                   Attorney for Jorge Hernandez-Pena

24

25                                                                                   __/s/ Frank Riebli with permission___
                                                                                     STEVE TEICH
26                                                                                   Attorney for Miguel Montes-Torres

27

28

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

1       For the reasons stated above, the Court finds that the exclusion of time from November 19, 2013
2   through and including December 17, 2013 is warranted and that the ends of justice served by the
3   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
4   3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective
5   preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).
6   SO ORDERED.

7   DATED: ~~November~~ ____, 2013.
        December 2
                                          HONORABLE WILLIAM ~~H.~~ ALSUP
                                          United States District Court Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA